PATTERSON, Appellant, *v.* McILROY, Respondent.

*(Superior Court of New York City, General Term. January 11, 1892.)*

Appeal from jury term.

Action by Thomas G. Patterson against William McIlroy for an assault. Verdict and judgment for defendant, and order denying motion for a new trial.

Argued before FREEDMAN and McADAM, JJ.

*Palmer & Boothby,* for appellant. *Howe & Hummel,* for respondent.

FREEDMAN, J. The appeal being from the judgment only, the questions of fact are not open for review. The action was brought to recover damages for an assault alleged to have been committed by the defendant upon the plaintiff. The issues were submitted to a jury, and determined by them in favor of the defendant. The errors complained of relate to the charge of the trial judge and his refusals to charge otherwise. Upon an examination of the evidence bearing upon this branch of the case, none of the exceptions appears to be tenable. In view of the testimony given by the defendant, plaintiff's requests for unqualified instructions to the effect that, as matter of law, the defendant had no right to return to plaintiff's private office after he had been ordered to leave it and had started to do so, and that the plaintiff had a right to use the necessary force to eject the defendant, were too broad. The judgment should be affirmed, with costs.

---

PHELPS, Respondent, *v.* METROPOLITAN EL. R. Co. *et al.,* Appellants.

*(Superior Court of New York City, General Term. January 11, 1892.)*

Appeal from judgment on report of referee.

Action by Emerson A. Phelps against the Metropolitan Elevated Railroad Company and the Manhattan Railway Company to restrain the maintenance and operation of defendants' elevated railroad in the street abutting plaintiff's premises.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants. *E. M. Felt,* for respondent.

McADAM, J. The judgment restrains the defendants from maintaining the elevated railway structure in front of the premises known as "No. 94 Sixth Avenue," unless the defendants, within a time specified, pay the plaintiff $1,200 for a release of the easement, and $400 damages. The evidence satisfactorily sustains the findings of the referee, and warrants the judgment rendered. No errors were committed during the trial which require a reversal, and the judgment appealed from must be affirmed, with costs.